FILED
AUG 2 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT FOR DISTRICT OF COLUMBIA

Leave to file DENIED

_[signature]_
United States District Judge

MICHAEL SINDRAM
6645 Georgia Avenue, N.W. #306
Washington, D.C. 20012
        Disabled Veteran/Plaintiff,

v.

Civil Action No. 5/16/08
See Order
8/21/08

GUSTAVO F. VELASQUEZ
441 4TH street, N.W., Suite 570 N
Washington, D.C. 20001
        Defendant.

Case: 1:08-cv-01454
Assigned To : Walton, Reggie B.
Assign. Date : 8/21/2008
Description: Civil Rights-Non. Employ.

\*        \*

### LEAVE TO FILE VERIFIED COMPLAINT

    1. All acts complained of occurred in District of Columbia. Amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00). Court has subject matter jurisdiction under 28 U.S.C. § 1332, 42 U.S.C. § 1983, *et seq.*, and 42 U.S.C. § 12182, *et seq.*

    2. Disabled Veteran/Plaintiff's claims are not frivolous or taken in bad faith but raises new matters never before decided on merits by any federal court. Disabled Veteran/Plaintiff truthfully certifies instant above-captioned Case is filed in good faith, not for an improper purpose and states a colorable basis in law and fact on penalty of contempt of this Honorable Court.

    3. As a Disabled Veteran, who has served our country more than most, Plaintiff is entitled to reasonable public accommodations as mandated by Americans with Disabilities Act of 1990 (ADA).

    4. Defendant Velasquez as director of D.C. Office of Human Rights is required by law to reasonably accommodate Plaintiff but continues to deny Disabled Veteran requested entitled reasonable public accommodations, to include but not limited to, telephonic intake of Charges of Discrimination under D.C. Human Rights Act of 1977.

    5. Defendant Velasquez denied Disabled Veteran requested entitled reasonable ADA public accommodation of telephonic intake on February 20, 2008. Defendant Velasquez's subordinates claimed to be following "orders" of their director (defendant Velasquez).

    6. Defendant Velasquez again denied Disabled Veteran requested entitled reasonable ADA public accommodation of telephonic intake on May 5, 2008. Defendant Velasquez's subordinates claimed to be following "orders" of their director (defendant Velasquez).

RECEIVED
MAY 1 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2

7. Defendant Velasquez told Plaintiff on May 5, 2008 that he (defendant Velasquez) would never make finding of "probable cause" in any Charge of Discrimination in spite of Disabled Veteran having made prima facie showing of discrimination based on Plaintiff's protected categories.

8. Defendant Velasquez engages subordinates to ignore Disabled Veteran and disregard Plaintiff's time-sensitive written communications to set for Plaintiff a different standard as opposed to others similarly situated in violation of D.C. Human Rights Act of 1977.

9. Defendant Velasquez denied Plaintiff set mediation on December 17, 2007 as required by D.C. Code § 2-1403.04(c).

10. As a direct and proximate result of defendant Velasquez's willful and wanton rancorous malicious misconduct and total disregard of Disabled Veteran/Plaintiff's constitutionally-guaranteed rights Plaintiff has no heat or hot water.

11. Defendant Velasquez is antagonistic toward this Disabled Veteran. Defendant Velasquez retaliates against Plaintiff for attempting to file Charges of Discrimination against known colleagues of Defendant Velasquez.

12. Defendant Velasquez has set out to satisfy an extra-judicial claim instituted as a private matter to achieve an end unintended by law and in fact having had that intended effect to deny Disabled Veteran "full and equal enjoyment of goods, services, facilities, privileges, advantages, or accommodations" of a place of public accommodation as those words are used in 42 U.S.C. § 12182(a).

13. Defendant Velasquez continues to discriminate against Disabled Veteran in violation of D.C. Human Rights Act of 1977 to cause Plaintiff mental anguish and psychological deprivation to exacerbate Disabled Veteran's medical condition and increase Plaintiff's pain and suffering.

14. Defendant Velasquez continues to intentionally inflict emotional distress upon Disabled Veteran to cause Plaintiff loss of enjoyment of life.

WHEREFORE, Disabled Veteran/Plaintiff, Michael Sindram, *pro-se*, respectfully requests that this Honorable Court find defendant Gustavo F. Velasquez liable for all injuries, damages, and violations suffered by Plaintiff, and that judgment be enetered against defendant Gustavo F. Velasquez jointly, severally, collectively, and individually, as follows:

1. Compensatory and General Damages in amount of Five Million Dollars ($5,000,000.00);

2. Punitive Damages in amount of Three Million Dollars ($3,000,000.00);

3. Costs, Disbursements, and Reasonable Award of Expenses to Plaintiff to vigorously prosecute above-captioned weighty meritorious cause of action in amount of One Hundred Forty-Four Thousand Dollars ($144,000.00);

4. Such other and further relief as to this Court appears just and proper.

**In God we trust:**
*Michael Sindram*
Michael Sindram, Disabled Veteran/Plaintiff, *Pro-Se*
6645 Georgia Avenue, N.W. #306
Washington, D.C. 20012
(202)722-6281

### JURY DEMAND

Right of trial by jury as declared by Seventh Amendment to United States Constitution and incorporated by Fed. R. Civ. P. 38 requested by Disabled Veteran/Plaintiff and preserved inviolate.

*Michael Sindram*
Michael Sindram

*Make it **your** aim to do what is right, not what is evil, so that **you** may live. Hate what is evil, love what is right, and see that justice prevails in the courts...let justice flow like a stream, and righteousness like a river that never goes dry.*
**Amos 5:14a, 15a, 24 (TEV)**

*Do for others what **you** want them to do for **you**!*
**Matthew 7:12a (TEV)**